1
2
3
4                     UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    K.Y.,                              Case No.  18-cv-00940-MMC
8              Plaintiff,
                                        NOTICE RE: NON-COMPLIANCE WITH
9         v.                            COURT ORDER
10   RICK SCHMITT,
11              Defendant.
12
13        The parties have failed to file an ADR Certification and either a Stipulation and [Proposed]
14   Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by
15   the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an
16   attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves
17   and each party, promptly shall file an ADR Certification and either 1) a Stipulation and [Proposed]
18   Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference (Civil L.R. 16-
19   8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at
20   cand.uscourts.gov/adr.)
21        It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to
22   occur before the Case Management Conference.
23
24   Dated: 5/1/2018
25
26
27                                        Erin Hamilton
                                          ADR Program Manager
28                                        Erin_Hamilton@cand.uscourts.gov
                                          415-522-4205

United States District Court
Northern District of California