D. Gill Sperlein, CA Bar No. 172887
RANDAZZA LEGAL GROUP, PLLC
345 Grove Street, 2nd Floor
San Francisco, CA 94102
Telephone: 702-420-2001
ecf@randazza.com

Marc J. Randazza, CA Bar No. 269535
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Plaintiff K.Y.*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **K.Y.**, through his guardians **DAVID AND LEILANIE YU**, <br><br> Plaintiff, <br><br> vs. <br><br> **RICK SCHMITT,** in his official capacity as Superintendent of the San Ramon Valley Unified School District, <br><br> Defendant. | Case №.: 18-cv-00940-MMC <br><br> **NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Plaintiff K.Y., through his guardians David and Leilanie Yu and their undersigned attorneys of record, appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment in a Civil Case (Dkt. No. 39), entered by the United States District Court for the Northern District of California on June 21, 2018.  Plaintiff further appeals the Order Granting Defendant's Motion to Dismiss dated June 21, 2018 (Dkt. No. 38), the Order Granting Defendant's Motion to Dismiss dated April 10, 2018 (Dkt. No. 21), and the Order Denying Plaintiff's Motion for Temporary Restraining Order dated February 14, 2018 (Dkt. No. 12).

Dated: July 20, 2018

Respectfully submitted,

RANDAZZA LEGAL GROUP, PLLC

By: /s/ *D. Gill Sperlein*
D. GILL SPERLEIN
MARC. J. RANDAZZA
*Attorneys for Plaintiff K.Y.*

1     Case No. 18-CV-00940-MMC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

*/s/ D. Gill Sperlein*
D. Gill Sperlein