UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 27 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| K. Y., through his guardians David and Leilanie Yu, | No.   18-16350 |
| Plaintiff-Appellant, | D.C. No. 3:18-cv-00940-MMC Northern District of California, San Francisco |
| v. | |
| RICK SCHMITT, in his official capacity as Superintendent of the San Ramon Valley Unified School District, | ORDER |
| Defendant-Appellee. | |

The court is of the unanimous opinion that the facts and legal arguments are

adequately presented in the briefs and record and the decisional process would not

be significantly aided by oral argument.  This case shall be submitted on the briefs

and record, without oral argument, on January 6, 2020 in San Francisco,

California.  Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7